The judgment is reversed and the cause remanded.

Opinion approved by the Court.

**BROOKS v. STATE.**

**No. 24839.**

Court of Criminal Appeals of Texas.

June 14, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary. The punishment assessed is confinement in the state penitentiary for a term of six years.

The indictment and all other matters of procedure appear regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is affirmed.